*E-Filed 3/23/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER LANS WRIGHT, | No. C 11-6317 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff was granted an extension of time (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. The filing deadline has passed, and plaintiff has not paid the filing fee, nor filed an IFP application. Accordingly, the action is DISMISSED without prejudice as to plaintiff paying the filing fee, or filing a properly completed IFP application. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: March 23, 2012

RICHARD SEEBORG
United States District Judge

No. C 11-6317 RS (PR)
ORDER OF DISMISSAL